UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF LOUISIANA

IN THE MATTER OF:  CASE NO.: 08-11223

ALLEN KENDELL FRANKLIN
DEBTOR  CHAPTER 13

U.S. BANK, N.A.
MOVER

## AMENDED MOTION FOR EX PARTE RELIEF

This motion of U.S. BANK, N.A. ("U.S. BANK"), Mover herein, respectfully represents that:

1.

U.S. BANK filed a Motion for Relief from Stay on December 21, 2008, which came for hearing on January 21, 2009. MOVER and DEBTOR, through their attorneys of record agreed to an Adequate Protection Order. The order was filed into the docket on January 21, 2009.

2.

The Adequate Protection Order, attached hereto as Exhibit "A", states that in the event the DEBTOR fails to pay any future monthly payment commencing with the August 1, 2009 post petition payment within 30 days of it due date, DEBTOR agrees that MOVER, upon notice to the DEBTOR and DEBTOR'S counsel and presentation of an affidavit of default, may obtain an ex parte order granting relief from the automatic stay.

3.

DEBTOR is due for the August, 2009 through and including January, 2010 post petition payments in the amount of $1,304.69 each, which includes attorney fees and cost in the amount

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF LOUISIANA

IN THE MATTER OF:                                       CASE NO. 08-11223

ALLEN KENDELL FRANKLIN                                  CHAPTER 13
DEBTOR

## ADEQUATE PROTECTION ORDER

Considering the Motion to Lift Stay filed on behalf of U.S. BANK, N.A. ("MOVER"); the debtor's response; and the agreement of MOVER and DEBTOR that DEBTOR is due for the November, 2008 through and including January, 2009 post petition payments, late charges, minus a suspense balance in the amount of $896.98, attorney fees and costs in the amount of $500.00 for the preparation and prosecution of this motion in the amount of in the amount of $3,310.14,

IT IS ORDERED that :

1. DEBTOR shall pay to MOVER on or before **February 1, 2009**, the amount of **$551.69** representing the November, 2008 through January, 2009 post petition payments, late charges and court costs and attorney's fees for the preparation and prosecution of this motion. In addition, the DEBTOR shall pay **$1,177.79** for the **February, 2009** post petition mortgage payment, making a total of **$1,729.48** due on or before **February 1, 2009.**

2. DEBTOR shall pay to MOVER on or before **March 1, 2009**, the amount of **$551.69** representing November, 2008 through January, 2009 post petition payments, late charges and court costs and attorney's fees for the preparation and prosecution of this motion. In addition, the DEBTOR shall pay **$1,177.79** for the **March, 2009** post petition mortgage payment, making a total of **$1,729.48** due on or before **March 1, 2009.**



EXHIBIT A

3.  DEBTOR shall pay to MOVER on or before **April 1, 2009**, the amount of **$551.69** representing November, 2008 through January, 2009 post petition payments, late charges and court costs and attorney's fees for the preparation and prosecution of this motion. In addition, the DEBTOR shall pay **$1,177.79** for the **April, 2009** post petition mortgage payment, making a total of **$1,729.48** due on or before **April 1, 2009.**

4.  DEBTOR shall pay to MOVER on or before **May 1, 2009**, the amount of **$551.69** representing November, 2008 through January, 2009 post petition payments, late charges and court costs and attorney's fees for the preparation and prosecution of this motion. In addition, the DEBTOR shall pay **$1,177.79** for the **May, 2009** post petition mortgage payment, making a total of **$1,729.48** due on or before **May 1, 2009.**

5.  DEBTOR shall pay to MOVER on or before **June 1, 2009**, the amount of **$551.69** representing November, 2008 through January, 2009 post petition payments, late charges and court costs and attorney's fees for the preparation and prosecution of this motion. In addition, the DEBTOR shall pay **$1,177.79** for the **June, 2009** post petition mortgage payment, making a total of **$1,729.48** due on or before **June 1, 2009.**

6.  DEBTOR shall pay to MOVER on or before **July 1, 2009**, the amount of **$551.69** representing November, 2008 through January, 2009 post petition payments, late charges and court costs and attorney's fees for the preparation and prosecution of this motion. In addition, the DEBTOR shall pay **$1,177.79** for the **July, 2009** post petition mortgage payment, making a total of **$1,729.48** due on or before **July 1, 2009.**

IT IS FURTHER ORDERED THAT in the event the DEBTOR fails to pay the sums set forth in Paragraphs 1, 2, 3, 4, 5 and/or 6 when due or any future monthly payment, commencing with the **August 1, 2009** payment, within 30 days of its due date or should any check be returned "NSF,"

Mover shall notify Debtor and Debtor's counsel of Mover's intent to file a Motion for ExParte Relief and an affidavit and proposed Order Granting Relief from the Automatic Stay if the default is not cured with 10 days of date if the notice.

If the default is not cured within 10 days after notice of default, then upon the filing of a Motion for Ex Parte Relief and an affidavit of default from MOVER and notice to the DEBTOR and DEBTOR'S Counsel, MOVER may obtain an ex parte order relief from the automatic stay presently in effect pursuant to 11 U.S.C. Section 362 with regard to this Chapter 13 proceeding, allowing MOVER to foreclose on its security interest in the following described property located in Ascension ~~Rouge~~ Parish, Louisiana and if necessary, to evict DEBTOR from said property:

> One certain lot or parcel of ground, together with all the buildings and improvements thereon, situated in that subdivision of the Parish of Ascension, State of Louisiana, known as Lexington Estates, 3rd Filing, and being designated on the official subdivision map, more fully described on a map on file and of record in the office of the Clerk and Recorder for said parish and state, as LOT NUMBER THIRTY NINE (39), said subdivision, said lot having such measurements and dimensions along such bearings and being subject to such servitudes, building lines, dedications, and restrictions as shown on map.
>
> Improvements thereon bear Municipal Address No.712 W. Yorkshire Drive, Gonzales, LA 70737.

Baton Rouge, Louisiana, January 21, 2009.

**s/ Douglas D. Dodd**
DOUGLAS D. DODD
UNITED STATES BANKRUPTCY JUDGE

*[Signatures continue on following page]*

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF LOUISIANA

IN THE MATTER OF:  CASE NO.: 08-11223

ALLEN KENDELL FRANKLIN
DEBTOR  CHAPTER 13

U. S. BANK, N.A.
MOVER

**AFFIDAVIT**

STATE OF ARIZONA  LOAN NO. 9902411840
COUNTY OF MARICOPA

BEFORE ME, the undersigned two witnesses and authority, a Notary Public in and for the above County and State, personally came and appeared Olivia A. Todd who after being sworn by me did depose and say:

1. That she is the President of NDSC, an authorized servicing agent for U.S. BANK, N.A. and that she is authorized to execute this affidavit.

2. That ALLEN KENDELL FRANKLIN, the Debtor's have failed to remit the August, 2009 through present regular monthly mortgage payments within thirty (30) days of its due date. The debtors are now due in the amount of $7,175.64, which figure also includes attorney fees and cost in the amount of $200.00 and a suspense balance in the amount of $1,100.00 deducted.

3. Default having occurred as above stated in violation of the Adequate Protection Order to the foregoing motion, has a right to obtain an order lifting the automatic stay so that it might begin foreclosure under the terms of its note and mortgage.

SWORN TO AND SUBSCRIBED before me, Notary Public, on this 18th day of February, 2010.

WITNESSES:

(WITNESS)

(WITNESS)

U.S. BANK, N.A.

_____
Olivia A. Todd
President of NDSC

_____
NOTARY PUBLIC
My Commission Expires:
JUNE 8, 2011

Pamela Cardy
Notary Public - Arizona
MARICOPA COUNTY
My Commission Expires
JUNE 8, 2011

EXHIBIT
B

# The Boles Law Firm
A PROFESSIONAL CORPORATION

WILLIAM R. BOLES, SR. (1927 - 2008)
JOE H. DIXON, JR.
WILLIAM R. BOLES, JR. *
JACOB S. EDWARDS

*Also Admitted in Colorado

1818 AVENUE OF AMERICA
MONROE, LOUISIANA 71201
TELEPHONE: 318.388.4050
Firm Web Site: www.boleslawfirm.com

Writer's Direct:
Telephone: 318.388.4050
Facsimile: 318.388.4055
Email: brandi.brewer@boleslawfirm.com

OF COUNSEL:
CHARLES H. RYAN

Mailing Address:
Post Office Box 2065
Monroe, Louisiana 71207-2065

3535 Canal Street
New Orleans, Louisiana 70130

January 12, 2010

**SENT VIA FACSIMILE: 225-647-6647**

Anthony T. Marshall, Esquire
12320 Highway 44
Building 4, Suite A
Gonzales, LA 70737

RE: Allen Kendell Franklin
Chapter 13 Bankruptcy No 08-11223
Middle District of Louisiana
Loan No. 9902411840

Dear Mr. Marshall:

Our firm represents U.S. Bank, N.A., in the above captioned bankruptcy matter. Our client has indicated that the above debtor owes for the August, 2009 through December, 2009 post petition mortgage payments in the amount of $1,304.69 each, late charges, and attorney fees and costs of $50.00.

The Adequate Protection Order language states that if the debtor does not make a payment within 30 days of the due date that we may proceed with an Affidavit of Default and lift the stay by Ex Parte Order after a 10 day notice of default is sent.

The amount to bring the account current through and including December, 2009 is $5,679.70 with a suspense balance of $1,100.00 deducted. The January 1, 2010 mortgage payment of $1,304.69 is now due and payable. If funds are not received within ten (10) days from receipt of this letter an Affidavit of Default will be sent to the court for filing. Please notify your client of this matter. Certified funds must be sent directly to our office. If you have any questions, please don't hesitate to call.

Sincerely yours,

THE BOLES LAW FIRM

Jacob S. Edwards

JSE/bb
Enclosures

**EXHIBIT C**

```
**********************************************************************************
*                                                                    P.01         *
*                          TRANSACTION REPORT              JAN-12-2010 TUE 12:53 PM *
*                                                                                  *
*   FOR:  The Boles Law Firm          3183613359                                   *
*                                                                                  *
*   SEND                                                                           *
*   DATE  START    RECEIVER       TX TIME  PAGES TYPE     NOTE           M#   DP  *
*   JAN-12 12:52 PM 12256476647     57"      1  FAX TX    OK             598      *
*                                                                                  *
*                                   TOTAL :           57S  PAGES:  1              *
**********************************************************************************
```

# The Boles Law Firm
A PROFESSIONAL CORPORATION

WILLIAM R. BOLES, SR. (1927 - 2008)
JOE H. DIXON, JR.
WILLIAM R. BOLES, JR. *
JACOB S. EDWARDS

*Also Admitted in Colorado

1818 AVENUE OF AMERICA
MONROE, LOUISIANA 71201
TELEPHONE: 318.388.4050
Firm Web Site: www.boleslawfirm.com

Writer's Direct:
Telephone: 318.388.4050
Facsimile: 318.388.4055
Email: brandi.brewer@boleslawfirm.com

OF COUNSEL:
CHARLES H. RYAN

Mailing Address:
Post Office Box 2065
Monroe, Louisiana 71207-2065

3535 Canal Street
New Orleans, Louisiana 70130

January 12, 2010

**SENT VIA FACSIMILE: 225-647-6647**

Anthony T. Marshall, Esquire
12320 Highway 44
Building 4, Suite A
Gonzales, LA 70737

RE:  Allen Kendell Franklin
     Chapter 13 Bankruptcy No 08-11223
     Middle District of Louisiana
     Loan No. 9902411840

Dear Mr. Marshall:

Our firm represents U.S. Bank, N.A., in the above captioned bankruptcy matter. Our client has